# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF VIRGINIA

FERNANDO GALINDO
CLERK OF COURT

MARK S. DAVIS
CHIEF JUDGE

November 2, 2023

<span style="color:red">REDACTED</span>

Surani S. Olsen

     Re:    United States of America v. Olsen
             Case No. 4:23cr81 (Appeal of 4:23po397)

Dear Ms. Olsen:

     Your Notice of Appeal in the above case has been filed. A copy is enclosed for your records. The filing fee of $39.00 was received on October 27, 2023.

     You must make immediate arrangements to purchase a transcription of the Bench Trial and Sentencing held before Magistrate Judge Robert J. Krask on October 17, 2023. Payment arrangements can be made with Jody Stewart, Official Court Reporter at (757) 222-7071. She will give you an estimate of the cost of the transcript. In addition to the filing fee being paid, the transcript must be ordered and filed within thirty (30) days before the appeal can proceed.

                       FERNANDO GALINDO, CLERK


                       By: _____/s/_____
                             J. Hiemer, Deputy Clerk


cc: U.S. Attorney